# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3203MN

_____

| | | |
|---|---|---|
| Lawrence Norman Main, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Donald Romine, Warden; United States | * | [UNPUBLISHED] |
| of America, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: January 28, 1999
Filed: February 4, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Lawrence Norman Main, a federal inmate, appeals the district court's dismissal of Main's 28 U.S.C. § 2241 habeas petition. Having considered the record and Main's arguments, we conclude the district court's decision is clearly correct. We thus affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.